FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 1 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Norris, Rayford <br><br> Defendant. | Case No.: CR07-953-RGK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Community ties unknown due to failure to interview; bail resources unknown; conduct in not complying w/supervision___

1  Conditions; parole viol history

2

3      and/or

4  B.   (X) The defendant has not met his/her burden of establishing by clear and

5      convincing evidence that he/she is not likely to pose a danger to the safety of any

6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7      finding is based on  Criminal history record; substance

8      abuse history; alleged comm of new offense while

9      under supervision (for which he ~~has been~~ was

10     recently arrested)

11

12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED:  4/13/11

17                              ROBERT N. BLOCK
                                UNITED STATES MAGISTRATE JUDGE